IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| ROBERT A. LATHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MITCHELL J. STEIN, BILL MATTHEWS, PAMELA M. BUNES, BUDIMIR S. DRAKULIC, ROBERT C. SCHERNE, KEVIN F. PICKARD, LOWELL T. HARMISON, MARVIN H. FINK and SIGNALIFE, INC.<br><br>　　　　　Defendants. | Case No. 08-cv-2995-RBH |
| DARRYL K. ROTH, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MITCHELL J. STEIN, WILLIAM R. MATTHEWS, PAMELA M. BUNES, BUDIMIR S. DRAKULIC, ROBERT C. SCHERNE, KEVIN F. PICKARD, LOWELL T. HARMISON, MARVIN H. FINK and SIGNALIFE, INC.<br><br>　　　　　Defendants. | Case No. 08-cv-3183-RBH |

**DEFENDANT BUDIMIR DRAKULIC'S REPLY IN SUPPORT OF HIS MOTION**
**TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

In response to Budimir Drakulic's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("Motion"), Plaintiffs have simply re-filed their same Opposition to the other defendants' motions to dismiss, previously filed May 1, 2009. (D.I. 66). Plaintiffs do not even mention Drakulic in any of the arguments in their Opposition, much less address the deficiencies

with Plaintiffs' complaint raised in Drakulic's Motion. Specifically, Plaintiffs offer no response or opposition to Drakulic's argument that plaintiffs have failed to identify any facts suggesting scienter on his part as an individual, as is required under the Private Securities Litigation Reform Act to state a claim for securities fraud. (Mot. at 2). By altogether failing to address Drakulic's Motion, plaintiffs have conceded that their claims against Drakulic are groundless and should be dismissed.

For the foregoing reasons and the reasons noted in his initial Memorandum in Support of his Motion, defendant Budimir Drakulic respectfully asks that the Court dismiss the claims against him.

Respectfully submitted,

s/Susan P. McWilliams
Susan P. McWilliams     Fed. ID No. 3351
smcwilliams@nexsenpruet.com
NEXSEN PRUET LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, South Carolina 29202-2426
Tel: 803-253-8277
Fax: 803-727-1476

Paul R. Bessette (admitted *pro hac vice*)
bessettep@gtlaw.com
Jesse Z. Weiss (admitted *pro hac vice*)
weissjz@gtlaw.com
Laura L. Moriaty (admitted *pro hac vice*)
moriatyl@gtlaw.com
GREENBERG TRAURIG LLP
300 West 6th Street, Suite 2050
Austin, TX 78701
Tel: 512.320.7200
Fax: 512.320.7210

October 29, 2009

Columbia, South Carolina                    Counsel for Defendant Budimir Drakulic