# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

| | | |
|---|---|---|
| ROBERT A. LATHAM and THE TAYLOR GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>MITCHELL J. STEIN, BILL MATTHEWS, PAMELA M. BUNES, BUDIMIR S. DRAKULIC, ROBERT C. SCHERNE, KEVIN F. PICKARD, LOWELL T. HARMISON, MARVIN H. FINK and SIGNALIFE, INC.,<br><br>  Defendants. | : : : : : : : : : : : : : : : : : | Case No. 6:08-cv-02995-JMC |
| DARRYL K. ROTH and THE TAYLOR GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>MITCHELL J. STEIN, WILLIAM R. MATTHEWS, PAMELA M. BUNES, BUDIMIR S. DRAKULIC, ROBERT C. SCHERNE, KEVIN F. PICKARD, LOWELL T. HARMISON, MARVIN H. FINK and SIGNALIFE, INC.<br><br>  Defendants. | : : : : : : : : : : : : : : : : : : | Case No. 08-cv-3183-JMC |

**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION, TO CERTIFY A CLASS FOR SETTLEMENT PURPOSES, FOR ENTRY OF THE ORDER AND FINAL JUDGMENT, AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND APPROVAL OF COMPENSATORY AWARDS**

Lead Plaintiffs Bryan D. Harris, Mark Taylor and Gregory Taylor ("Lead Plaintiffs"), by and through counsel, hereby respectfully move this Court for an order: (1) finally approving the class action settlement; (2) approving the plan of allocation; (3) certifying a class for settlement purposes; (4) entering the Order and Final Judgment; (5) awarding attorneys' fees and expenses; and (6) approving compensatory awards to Lead Plaintiffs. In support thereof, Lead Plaintiffs rely on the contemporaneously filed memoranda and supporting declaration of Joseph P. Guglielmo, with exhibits.

Dated: June 29, 2011

Respectfully submitted,

/s/ Terry E. Richardson, Jr.
Terry E. Richardson, Jr. (#3457)
RICHARDSON PATRICK
WESTBROOK & BRICKMAN LLC
1730 Jackson Street
Barnwell, SC 29812
Tel: (803) 541-7850
Fax: (803) 541-9625
trichardson@rpwb.com

*Liaison Counsel for Plaintiffs*

Beth Kaswan (admitted *pro hac vice*)
Joseph P. Guglielmo (admitted *pro hac vice*)
SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
Tel: (212) 223-6444
Fax: (212) 223-6334
bkaswan@scott-scott.com
jguglielmo@scott-scott.com

David R. Scott (admitted *pro hac vice*)
SCOTT+SCOTT LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
drscott@scott-scott.com

*Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 29, 2011.

/s/ Terry E. Richardson, Jr.
Terry E. Richardson, Jr. (#3457)
RICHARDSON PATRICK
WESTBROOK & BRICKMAN LLC
1730 Jackson Street
Barnwell, SC 29812
Tel: (803) 541-7850
Fax: (803) 541-9625
trichardson@rpwb.com