**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| ROBERT A. LATHAM and THE TAYLOR GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL J. STEIN, BILL MATTHEWS, PAMELA M. BUNES, BUDIMIR S. DRAKULIC, ROBERT C. SCHERNE, KEVIN F. PICKARD, LOWELL T. HARMISON, MARVIN H. FINK and SIGNALIFE, INC.,<br><br>Defendants. | : | Case No. 6:08-cv-02995-JMC |
| DARRYL K. ROTH and THE TAYLOR GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL J. STEIN, WILLIAM R. MATTHEWS, PAMELA M. BUNES, BUDIMIR S. DRAKULIC, ROBERT C. SCHERNE, KEVIN F. PICKARD, LOWELL T. HARMISON, MARVIN H. FINK and SIGNALIFE, INC.<br><br>Defendants. | : | Case No. 08-cv-3183-JMC |

**PLAINTIFFS' NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES SEEKING ORDER APPROVING: (1) FINAL ACCOUNTING OF SETTLEMENT PROCEEDS; AND (2) DISTRIBUTION OF RESIDUAL SETTLMENT FUNDS TO *CY PRES* BENEFICIARY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs will, and hereby do, move for an Order approving: (1) the final accounting of the settlement proceeds; and (2) payment of the undisbursed settlement proceeds in the amount of $1,424.52 to the proposed *cy pres* beneficiary South Carolina Legal Services ("SCLS"). This Motion is made pursuant to the Court's December 13, 2011 Order Granting Lead Plaintiffs' Motion for Distribution of Class Settlement Fund ("Distribution Order") (ECF No. 266) and the Stipulation and Agreement of Settlement dated March 1, 2011 ("Stipulation") (ECF No. 248-2), that was finally approved by this Court on July 12, 2011 ("Final Approval Order") (ECF No. 258).

Plaintiffs' Motion is based upon: (1) this Notice of Motion and the following Memorandum of Points and Authorities; (2) the concurrently filed Declaration of Stephen J. Cirami Regarding Residual Funds ("Cirami Decl.") and Exhibit A thereto; (3) all papers on file in this action; (4) the Declaration of Andrea E. Loney, Esq. in Support of Motion for Distribution of Residual Funds to Proposed *Cy Pres* Beneficiary South Carolina Legal Services ("Loney Decl."); and (5) such other matters and argument as may be presented to the Court at or prior to the time of hearing on this Motion.

As set forth in Exhibit A to the Cirami Decl., the settlement proceeds have been disbursed in accordance with the terms of the Stipulation and this Court's prior Orders, and $1,424.52 remains. Accordingly, Plaintiffs respectfully request that the Court issue an Order approving the accounting and providing that the remaining funds be paid to SCLS.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION AND BACKGROUND

On July 13, 2011, this Court entered the Final Approval Order which approved the terms and conditions of the Stipulation. Pursuant to the terms of the Stipulation, Defendants agreed to pay the sum of $4.0 million into a settlement fund (the "Settlement Fund"), which, along with interest earned, would be distributed to Class Members following the payment of taxes and Court-approved fees, costs, and expenses (the "Net Settlement Fund"). Stipulation, ¶¶4, 6. The procedure for distributing the Net Settlement Fund to Class Members is set forth in the Stipulation. *Id.*, ¶¶12-21.

On December 13, 2011, this Court entered the Distribution Order. Among other things, the Distribution Order provides that "the balance of the Settlement Fund after deduction of the payments previously allowed and those set forth herein (the 'Net Settlement Fund') shall be distributed to the eligible Claimants listed on Exhibits C-I and C-II to the Cirami Decl. in accordance with the Plan of Allocation and the Distribution Plan set forth in ¶¶25-26 of the Cirami Decl." Distribution Order at 2.

The distributions to Class Members have now been made, and the residual amount in the Settlement Fund is $1,424.52. With respect to the residual amount, the Distribution Order provides that: "if any funds remain in the Net Settlement Fund after six months after such redistribution, or if redistribution is not made because it was deemed not cost effective, then such balance shall be contributed to non-sectarian, not-for-profit 501(c)(3) organization(s) designated by Lead Plaintiffs' Counsel after notice to the Court and subject to direction, if any, by the Court." Distribution Order at 3. The Distribution Order also stated that "this Court retains

jurisdiction over any further application or matter which may arise in connection with this action." *Id.* at 4.

By this Motion, Plaintiffs seek an Order approving the final accounting of the distribution of the Settlement Fund to Class Members and approving payment of the residual amount to the *cy pres* beneficiary.

## II. DISTRIBUTION OF THE SETTLEMENT FUND

Garden City Group ("GCG"), the Court-approved claims administrator, has distributed the Net Settlement Fund in accordance with the Distribution Order. *See* Cirami Decl., ¶5. Moreover, GCG has taken appropriate steps to locate and/or contact those Class Members who did not cash their distribution checks, or whose checks were returned as undeliverable. "Since the initial distribution, GCG spent over 33 hours in efforts to reach Authorized Claimants via telephone and e-mail, including attempts to obtain updated contact information for Authorized Claimants whose checks were returned as undeliverable, and to encourage recipients to cash their checks. As a result of these efforts, 512 (508 check and four wire payments) of the 520 payments were successfully delivered to the Class." *See id.*, ¶6. In total, Class Members cashed checks totaling $2,317,436.41.

Having fully complied with the Distribution Order, there now remains $1,424.52 in the Net Settlement Fund to be distributed to "non-sectarian, not-for-profit 501(c)(3) organization(s) designated by Lead Plaintiffs' Counsel after notice to the Court and subject to direction, if any, by the Court." Distribution Order at 3. Plaintiffs' Counsel respectfully requests that the Court approve a *cy pres* payment of all remaining Settlement Funds to SCLS.

SCLS is a non-sectarian, not-for-profit 501(c)(3) organization that has been providing civil legal services to poor and low-income people in South Carolina since 2002 . Loney Decl., ¶¶2-3. SCLS also sponsors various clinics for low-income South Carolinians, provides court-

approved self-help forms designed to provide self-represented litigants better access to South Carolina courts without the assistance of an attorney, and offers a mortgage assistance program to help responsible South Carolina homeowners who are struggling to make their mortgage payments stay in their homes during hard financial times. *Id.,* ¶4.

A *cy pres* payment to SCLS will, therefore, meet the requirement of the Distribution Order. It would also bring this matter to an orderly and final conclusion.

## III. CONCLUSION

For all the foregoing reasons, Plaintiffs respectfully request the Court enter the [Proposed] Order submitted herewith.

Dated: September 4, 2013

Respectfully submitted,

/s/ Terry E. Richardson, Jr.
Terry E. Richardson, Jr. (#3457)
RICHARDSON PATRICK
WESTBROOK & BRICKMAN LLC
1730 Jackson Street
Barnwell, SC 29812
Tel: (803) 541-7850
Fax: (803) 541-9625
Email: trichardson@rpwb.com

***Liaison Counsel for Lead Plaintiffs***

Beth Kaswan (admitted *pro hac vice*)
Joseph P. Guglielmo (admitted *pro hac vice*)
SCOTT+SCOTT, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Ave., 40th Floor
New York, NY 10174
Tel: (212) 223-6444
Fax: (212) 223-6334
Email: bkaswan@scott-scott.com
jguglielmo@scott-scott.com

David R. Scott (admitted *pro hac vice*)
SCOTT+SCOTT, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
Email: david.scott@scott-scott.com

***Lead Counsel for Lead Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2013 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 4, 2013.

/s/ Terry E. Richardson, Jr.
Terry E. Richardson, Jr. (#3457)
RICHARDSON PATRICK
WESTBROOK & BRICKMAN LLC
1730 Jackson Street
Barnwell, SC 29812
Tel: (803) 541-7850
Fax: (803) 541-9625
Email: trichardson@rpwb.com